IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Dawn Barnes,<br><br>      Plaintiff,<br><br>  v.<br><br>South Carolina State University,<br><br>      Defendant. | Civil Action No.: 5:23-cv-4449-SAL<br><br>**DEFENDANT'S EXPERT WITNESS DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C) and Local Civil Rule 16.02(C)(2), and in accordance with the September 12, 2024 Scheduling Order (ECF No. 7), Defendant South Carolina State University, discloses that it has not yet identified an expert it expects to call at trial. Defendant reserves the right to supplement this disclosure as allowed by applicable rules and this Court if and when an expert is identified.

Respectfully submitted,

s/ *Richard J. Morgan*
Richard J. Morgan (Fed. ID No. 1266)
rmorgan@burr.com
Chandler E. Aragona (Fed. ID No. 13561)
caragona@burr.com
Burr & Forman LLP
1221 Main St., Suite 1800 (29201)
P.O. Box 11390 (29211)
Columbia, South Carolina
803.799.9800

Attorneys for Defendant

January 22, 2024
Columbia, South Carolina